**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 104 MM 2017
:
Respondent :
:
:
:
v. :
:
:
:
JOSE ANTONIO RIVERA-QUINONES, :
:
Petitioner :

**ORDER**

**PER CURIAM**

**AND NOW**, this 16th day of August, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the Petition for Immediate and Emergency Hearing are DENIED.